IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROBERT S. CHEATLE, JR. and      :
NANCY A. CHEATLE, h/w           :
                                :
         v.                     :
                                :
DAVID A. KATZ and DAWN KATZ     :
         and                    :
PARADISE CONTRACTORS, INC.      :   CIVIL ACTION NO. 02-CV-4405
         and                    :
PARADISE PINES HOMEOWNERS       :
ASSOCIATION                     :
         and                    :
PARADISE MANAGEMENT GROUP,      :
INC.                            :
         and                    :
PARADISE DEVELOPMENT GROUP,     :
INC.                            :
```

ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of the defendants in the above-captioned matter.

                                          _____
                                          Francis Recchuiti, Esquire
                                          Attorney I. D. No. 09284
                                          319 Swede Street
                                          Norristown PA  19401-4801
                                          (610) 279-4306
                                          (Attorneys for Defendants)

Date:  August 13, 2002

CERTIFICATE OF SERVICE

      I, FRANCIS RECCHUITI, Esquire, hereby certify that on the date set forth below a true and correct copy of the foregoing document was served upon the following counsel in the manner indicated below.

      Service by first class mail, as follows:

      John C. Fenningham, Esquire  
      Maura F. Ratigan, Esquire  
      Corr, Stevens & Fenningham  
      Suite 315, 5 Neshaminy Interplex  
      Trevose PA  19053  
      (Attorneys for Plaintiff)

                                    _____  
                                    Francis Recchuiti, Esquire  
                                    Attorney for Defendants

Date:  August 13, 2002