F:\WP\WORK\RTG\CHEATLE.ANS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT S. CHEATLE, JR. and NANCY A. CHEATLE, husband and wife | : : : | CIVIL ACTION NO. 02-CV-4405 |
| vs. | : : | |
| DAVID A. KATZ and DAWN KATZ     and PARADISE CONTRACTORS, INC.     and PARADISE PINES HOMEOWNERS ASSOCIATION     and PARADISE MANAGEMENT GROUP, INC.     and PARADISE DEVELOPMENT GROUP, INC. | : : : : : : : : : : : | |

### PLAINTIFFS' ANSWER TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants' Motion to Dismiss with Supporting Memorandum of Law should be denied for the reasons set forth in the attached Memorandum of Law. Plaintiffs' Complaint with attached Exhibits clearly satisfies the pleading requirements of the Federal Rules of Civil Procedure and states valid causes of action for which relief can be granted.

### PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs request oral argument on the Defendants' Motion to Dismiss.

Respectfully submitted,

_____
John C. Fenningham
Maura F. Ratigan
CORR, STEVENS & FENNINGHAM
Five Neshaminy Interplex, Suite 315
Trevose, PA 19053
(215) 639-4070

Dated:  August 30, 2002                    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT S. CHEATLE, JR. and NANCY A. CHEATLE, husband and wife | : | CIVIL ACTION NO. 02-CV-4405 |
| vs. | : | |
| DAVID A. KATZ and DAWN KATZ<br>  and<br>PARADISE CONTRACTORS, INC.<br>  and<br>PARADISE PINES HOMEOWNERS ASSOCIATION<br>  and<br>PARADISE MANAGEMENT GROUP, INC.<br>  and<br>PARADISE DEVELOPMENT GROUP, INC. | : | |

## O R D E R

AND NOW, this _____ day of _____, 2002, upon consideration of Defendants' Motion to Dismiss, and Plaintiffs' opposition thereto, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **DENIED**. Defendants shall answer Plaintiffs' Complaint within twenty (20) days of the date of entry of this Order.

BY THE COURT:

_____
Herbert J. Hutton, J.