F:\WP\WORK\RTG\CHEATLE2.ANS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT S. CHEATLE, JR.** and **NANCY A. CHEATLE**, husband and wife | : CIVIL ACTION NO.<br>: 02-CV-4405 |
| vs. | : |
| **DAVID A. KATZ** and **DAWN KATZ**<br>     and<br>**PARADISE CONTRACTORS, INC.**<br>     and<br>**PARADISE PINES HOMEOWNERS ASSOCIATION**<br>     and<br>**PARADISE MANAGEMENT GROUP, INC.**<br>     and<br>**PARADISE DEVELOPMENT GROUP, INC.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### PLAINTIFFS' ANSWER TO DEFENDANTS' MOTION TO STRIKE LIS PENDENS

Defendants' Motion to Strike with Supporting Memorandum of Law should be denied for the reasons set forth in the attached Memorandum of Law.

### PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs request oral argument on the Defendants' Motion to Strike Lis Pendens.

        Respectfully submitted,

        _____
        John C. Fenningham
        Maura F. Ratigan
        CORR, STEVENS & FENNINGHAM
        Five Neshaminy Interplex, Suite 315
        Trevose, PA 19053
        (215) 639-4070

Dated: September 9, 2002        Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT S. CHEATLE, JR. and NANCY A. CHEATLE, husband and wife** | : | **CIVIL ACTION NO.** |
| | : | **02-CV-4405** |
| vs. | : | |
| **DAVID A. KATZ and DAWN KATZ** | : | |
| and | : | |
| **PARADISE CONTRACTORS, INC.** | : | |
| and | : | |
| **PARADISE PINES HOMEOWNERS ASSOCIATION** | : | |
| and | : | |
| **PARADISE MANAGEMENT GROUP, INC.** | : | |
| and | : | |
| **PARADISE DEVELOPMENT GROUP, INC.** | : | |

## O R D E R

AND NOW, this _____ day of _____, 2002, upon consideration of Defendants' Motion to Strike Lis Pendens, and Plaintiffs' opposition thereto, it is hereby

**ORDERED** that Defendants' Motion to Strike Lis Pendens is **DENIED**.

BY THE COURT:

_____
Herbert J. Hutton, J.