IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT S. CHEATLE, JR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID A. KATZ, et al. | : | NO.  02-4405 |

**O R D E R**

AND NOW, this 19th day of December, 2003, pursuant to the terms of the parties November 21, 2003 settlement, the Court issues the following ORDER:

1. The Court hereby appoints, as its Neutral Appraiser:

> Mr. Barry S. Ludwig, M.A.I., C.R.C.
> Ludwig Corporation
> 925 Fayette St.
> Conshohocken, PA 19428

2. On or before January 15, 2004, the Neutral Appraiser shall submit his report on the value of Plaintiffs' home to the Court, together with his bill for services.

3. Upon receipt of said report and bill, the Court shall provide copies to each of the parties. Each party shall pay ½ of the Neutral Appraiser's fee directly to the Appraiser.

4. The report of the Neutral Appraiser shall be final and binding on the parties, and shall establish the price at which Defendant has agreed to purchase Plaintiffs' home.

5. On or before February 15, 2004, the parties shall submit a fully signed Settlement Agreement to the Court, pursuant to which this action shall be dismissed.

_____
JACOB P. HART, M.J.

Copies faxed to:
   John C. Fenningham, Esq.; Francis Recchuiti, Esq.

Copies mailed to: