IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT S. CHEATLE, JR., et al. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| DAVID A. KATZ, et al. | : | NO. 02-4405 |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

AND NOW, this 26th day of February, 2004, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

ORDERED

that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

_____
THOMAS J. RUETER
United States Magistrate Judge

cc:   All Counsel
      (Via U.S. Mail)