## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT S. CHEATLE, JR., et al.** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **DAVID A. KATZ, et al.** | : | **NO. 02-4405** |

## ORDER

**BEFORE THE HONORABLE THOMAS J. RUETER**

AND NOW, this 10th day of March, 2004, it is **ORDERED** that a **NON-JURY TRIAL** in the above-captioned matter is scheduled for **Wednesday, April 14, 2004 at 10:00 a.m.** before the undersigned in Courtroom 3-I, Third Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

It is expected that counsel and all parties and/or witnesses necessary will be present at the time of trial. **THE TRIAL WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.** Therefore, if trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear and be ready to proceed.

Proposed Findings of Fact and Conclusions of Law shall be filed on or before April 2, 2004 and a copy shall be submitted to Chambers on a 3½" disk formatted for WordPerfect 9.

BY THE COURT:

_____
THOMAS J. RUETER
UNITED STATES MAGISTRATE JUDGE

cc:     John C. Fenningham, Esquire
        Francis Recchuiti, Esquire
        (Via U.S. Mail)