IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT S. CHEATLE, JR. and
NANCY A. CHEATLE, h/w

    v.

DAVID A. KATZ and DAWN KATZ
    and
PARADISE CONTRACTORS, INC.       CIVIL ACTION NO. 02-CV-4405
    and
PARADISE PINES HOMEOWNERS
ASSOCIATION
    and
PARADISE MANAGEMENT GROUP, INC.
    and
PARADISE DEVELOPMENT GROUP, INC.

**DEFENDANTS' PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW**

    Defendants, Dawn and David Katz, Paradise Contractors, Inc., Paradise Pines Homeowners Association, Paradise Management Group, Inc., and Paradise Development Group, Inc., by their attorneys, Vangrossi and Recchuiti, submit the following:

**Proposed Findings of Fact**

    1.   On February 26, 2004 the parties entered into a settlement agreement, pursuant to which this Court is to determine the fair market value of the Land and Home at 834 Paradise Drive, Ambler, PA 19002.

    2.   The testimony and appraisal of John C. Davidson is credible.

    3.   The fair market value of the Land and Home is one million, one hundred thousand dollars ($1,100,000.00).

**Conclusions of Law**

1. This fair market value, determined in accordance with the Settlement Agreement, is binding on the parties, and resolves the sole remaining issue in the case.

2. The Court shall retain jurisdiction over this matter for purpose of enforcing the Settlement Agreement, and these Findings of Fact and Conclusions of Law.

                VANGROSSI & RECCHUITI

BY: _____
     FRANCIS RECCHUITI
     ATTORNEY I.D. #09284
     319 Swede Street
     Norristown, PA 19401
     (610) 279-4200

     Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I DO HEREBY CERTIFY that on this date, I served a true and correct copy of Defendants' Proposed Findings of Fact and Conclusions of Law upon the following counsel by way of First Class Mail:

>John C. Fenningham, Esquire
>(Attorney for Plaintiffs)
>CORR, STEVENS & FENNINGHAM
>Suite 315, 5 Neshaminy Interplex
>Trevose, PA  19053

                                BY: _____
                                        FRANCIS RECCHUITI
                                        Attorneys for Defendants

DATE:  April 2, 2004