IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT S. CHEATLE, JR., et al.** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **DAVID A. KATZ, et al.** | : | NO. 02-4405 |

**ORDER**

AND NOW, this 8th day of April, 2004, upon request of defendant, it is

ORDERED

that the **NON-JURY TRIAL** in the above-captioned matter is rescheduled to April 26, 2004 at 2:00 p.m., before the undersigned in Courtroom 3-I, Third Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

BY THE COURT:

_____
THOMAS J. RUETER
UNITED STATES MAGISTRATE JUDGE

cc:   John C. Fenningham, Esquire
      Francis Recchuiti, Esquire
      (Via Fax)